JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LINDA DU, an Individual, | Case No.: 8:17-02035 ADS |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order of Remand filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order of Remand.

DATE: September 28, 2018

/s/ Autumn D. Spaeth

THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge